UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **GUADALUPE GARCIA** | **CIVIL ACTION NO:** |
| **VERSUS** | **1:23-cv-517-RP** |
| **GENERAL MOTORS, LLC** | |

### NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, GUADALUPE GARCIA, (hereinafter "GARCIA"), who respectfully notifies this Honorable Court that the parties have reached a settlement in this matter. Upon completion of the settlement documents, the Plaintiff will file a Notice of Voluntary Dismissal of the action.

**RESPECTFULLY SUBMITTED,**

**DUCK LAW FIRM, L.L.C.**

*/s/ Kevin R. Duck*
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050
Email: krd@ducklawfirm.com
**Attorney-in-Charge for Plaintiff,
GUADALUPE GARCIA**

1

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 22, 2024, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

        */s/ Kevin R. Duck*
        KEVIN R. DUCK